CLD-172                                                                    NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 25-1672
_____

In re:  DAVID STEBBINS,
                                                    Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of Delaware
(Related to D. Del. Misc. No. 1:24-mc-00478, Civ. No. 1:24-cv-01173, & Civ. No.
1:24-cv-01174)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
June 26, 2025

Before:  KRAUSE, PHIPPS, and SCIRICA, Circuit Judges

(Opinion filed: August 5, 2025)
_____

OPINION[*]
_____

PER CURIAM

    David Stebbins has filed a pro se petition for a writ of mandamus seeking to

compel the District Court to act in the above-captioned cases.  After Stebbins filed the

mandamus petition, the District Court transferred Stebbins's two civil actions to the

_____

[*] This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

Western District of Arkansas. And the District Court closed Stebbins's miscellaneous matter after ruling on the pending motions.

In light of the District Court's resolution of the three cases, our Clerk of Court directed Stebbins to file a response, within 21 days, "addressing whether his mandamus petition is moot." Stebbins failed to respond, timely or otherwise. In any event, because Stebbins's mandamus petition no longer presents a live controversy, we will dismiss it as moot. See Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698–99 (3d Cir. 1996).